# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BRANDON THOMPSON

     Plaintiff,

vs.

FORT LAUDERDALE LAW GROUP SOUTH, PLLC
A Florida limited liability company

     Defendant(s).

_____/

CASE NO: 20-cv-60885-RKA



FILED BY _____ D.C.

JUN 0 3 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### DEFENDANT FORT LAUDERDALE LAW GROUP SOUTH, PLLC's MOTION
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC, a Florida limited liability company, hereby files this Motion for Extension of Time to Respond to the Complaint, and in support thereof states as follows:

**1.** Plaintiff, BRANDON THOMPSON ("Plaintiff"), filed the original Complaint in this Court on or about May 1, 2020.

**2.** Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC, a Florida limited liability company ("Defendant"), was served on May 13, 2020.

**3.** Due to the ongoing business and legal delays and disruptions caused by the COVID-19 pandemic, Defendant needs approximately thirty days up through and including July 3, 2020, to retain counsel to defend Defendant and to respond to the Complaint.

4. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Defendant respectfully requests that this Court grant the relief sought in this motion and enter an Order granting an extension of time for Defendant to respond to the Complaint up through and including July 3, 2020.

Dated: June 3, 2020

C. Patterson, Manager
Fort Lauderdale Law Group South, PLLC
6570 Griffin Road, Suite 105
Fort Lauderdale, Florida 33314
Phone: (954) 306-8620
Email: chrispatterson@LawFLLG.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2020, a copy of the foregoing motion was served on Noah E. Storch, Esq., of Richard Celler Legal, P.A., 10368 W. SR 84, Suite 103, Davie, FL 33324,  via email at noah@floridaovertimelawyer.com  as counsel for Plaintiff.


C. Patterson, Manager
Fort Lauderdale Law Group South, PLLC
6570 Griffin Road, Suite 105
Fort Lauderdale, Florida 33314
Phone: (954) 306-8620
Email: chrispatterson@LawFLLG.com

2