UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61025-CIV-ALTMAN

**NOUREDDIN MAHMOUD ABDULAAL**,

    *Plaintiff*,

v.

**BEAUTY DISCOUNT ZONE INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER SCHEDULING STATUS CONFERENCE

The Plaintiff's Complaint alleges violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. Consistent with the Court's practices in FLSA cases, counsel are directed to appear at a status conference on **June 8, 2020, at 1:15 p.m.** The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not use speakerphone functionality during the hearing. If possible, counsel should use a landline. Instructions for the status conference are as follows:

1. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.

2. As cases are called, the attorneys will be directed to confer on a possible resolution of the case. The Court will not oversee these discussions.

3. If an agreement is reached, the parties shall promptly notify the Court.

4. If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant by June 5, 2020.

5. The Clerk is **DIRECTED** to enter this Order in the following cases, and counsel are directed to appear telephonically at the listed times:

   a. 20-cv-61025 – Abdulaal v. Beauty Discount Zone, Inc.
      - **(call in: 1:15 p.m.)**

   b. 20-cv-60585 – Bilodeau v. Costa Del Sol Resort Condominium Ass'n, Inc.
      - **(call in: 1:25 p.m.)**

   c. 20-60346 – Mongrut v. Whitehall South Condominium Ass'n, Inc.
      - **(call in: 1:35 p.m.)**

   d. 20-60885 – Thompson v. Fort Lauderdale Law Group, PLLC
      - **(call in: 1:45 p.m.)**

   e. 20-60570 – Cora v. Koke Remodeling, LLC et al
      - **(call in: 1:55 p.m.)**

   f. 20-80539 – Figueroa v. Investments Management I, LLC
      - **(call in: 2:05 p.m.)**

   g. 20-cv-60968 – Howard v. IfixandRepair, LLC et al
      - **(call in: 2:15 p.m.)**

   h. 20-cv-60989 – Mitchell et al v. Nationwide Transport Services, LLC
      - **(call in: 2:25 p.m.)**

   i. 20-cv-61017 – Morales v. Sunrise Meats, Inc. et al
      - **(call in: 2:35 p.m.)**

   j. 20-cv-60969 – Oliver v. Mattrob, Inc. et al
      - **(call in: 2:45 p.m.)**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of June 2020.

                                                   **ROY K. ALTMAN**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record