UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60885-CIV-ALTMAN/Hunt

BRANDON THOMPSON,

    *Plaintiff*,

v.

FORT LAUDERDALE LAW GROUP SOUTH, PLLC,

    *Defendant*.

_____/

## ORDER

On June 8, 2020, this Court held a status conference [ECF No. 10]. Being fully advised, the Court hereby

**ORDERS** as follows:

1. The parties shall file either a *notice of settlement* or a *notice of non-settlement* by **June 16, 2020.**

2. If the parties file a *notice of non-settlement*, the Plaintiff shall file a *statement of claim*, signed by the Plaintiff, no later than **June 17, 2020.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record