UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60885-RKA

BRANDON THOMPSON,

      Plaintiff,

v.

FORT LAUDERDALE LAW GROUP SOUTH, PLLC,
A Florida Limited Liability Company,

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

      I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Brandon Thompson – Plaintiff

    b. Noah E. Storch, Esquire - Counsel for Plaintiff

    c. Alexander T. Harne, Esquire – Counsel for Plaintiff

    d. Richard Celler Legal, P.A.- Counsel for Plaintiff

    e. Fort Lauderdale Law Group South, PLLC – Defendant

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None known.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. **None other than the persons identified in above.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. **Brandon Thompson – Plaintiff**

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 15th day of June, 2020.

Respectfully Submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.0085476
RICHARD CELLER LEGAL, P.A.
10368 W. State Rd. 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020, a true and correct copy of the foregoing has been filed using CM/ECF which will send a copy of same to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.