**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Case No. 20-cv-60885-RKA

**BRANDON THOMPSON,**

    **Plaintiff,**

v.

**FORT LAUDERDALE LAW GROUP SOUTH, PLLC,**
A Florida Limited Liability Company,

    **Defendant.**
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO CONDUCT SCHEDULING CONFERENCE**

Plaintiff, Brandon Thompson ("Plaintiff"), and Defendant, Fort Lauderdale Law Group South, PLLC, ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby file this Joint Motion of Extension of Time to Conduct Scheduling Conference, and, in support thereof, states as follows:

1. Plaintiff filed his complaint on May 1, 2020. *See* ECF No. 1.

2. Defendant was served on May 13, 2020, and, therefore, the response is not due until June 3, 2020. See ECF No. 4.

3. Defendant filed its Motion for Extension of Time to Respond to Plaintiff's Complaint on June 3, 2020. See ECF No. 7.

4. At this time, counsel has not appeared for Defendant.

5. The Parties are directed to file a Joint Scheduling Report, due by June 15, 2020. *See* ECF No. 8.

6. The Defendant has not secured counsel to date.

7. Further, in lieu of this Court's Order, ECF No. 11, the Parties are directed to either file a Notice of Settlement or a Notice of Non-Settlement by June 16, 2020.

8. Therefore, the Parties request a seven (7) day extension of time, from June 15, 2020 (the date on which the Parties' Joint Scheduling Report is due), to allow further settlement discussions and conduct the required scheduling conference within the given timeframe.

9. This Motion is not made for purposes of delay, nor will there be any prejudice.

### MEMORANDUM OF LAW

Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "shall control the subsequent course of the action unless modified by a subsequent order . . . [and] "shall not be modified except upon a showing of good cause." Fed.R.Civ.P. 16(b)(e).

The Parties are directed to file a Joint Scheduling Report, due by June 15, 2020. *See* ECF No. 8.  Service was delayed due to the service company suspended service as a result of the COVID-19 pandemic and the Defendant has yet to secure representative at this time.  As such, the scheduling conference cannot occur within the time prescribed by this Court.

Therefore, the Parties requests a seven (7) day extension of time, from June 15, 2020 (the date on which the Parties Joint Scheduling Report is due), to conduct the scheduling conference.

**WHEREFORE,** for the reasons discussed above, the Parties requests a seven (7) day extension of time, from June 15, 2020 (the date on which the Parties' Joint Scheduling Report is due), to conduct the scheduling conference.

Dated this 15th day of June 2020.

Respectfully Submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esquire

        Florida Bar No. 0085476
        RICHARD CELLER LEGAL, P.A.
        10368 West State Road 84, Suite 103
        Davie, Florida 33324
        Telephone: (866) 344-9243
        Facsimile: (954) 337-2771
        Email: noah@floridaovertimelawyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court's CM/ECF electronic filing system which will send a copy to all counsel of record on this 15th day of June 2020.

         **s/Noah E. Storch**
        Noah E. Storch, Esq.