UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| BRANDON THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>FORT LAUDERDALE LAW GROUP SOUTH, PLLC, a Florida Limited Liability Company,<br><br>    Defendant. | Case No. 0:20-cv-60885 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC, ("Defendant") respectfully moves pursuant to Federal Rule 6(b) for a brief extension of time, up to and including July 6, 2020 to answer or otherwise respond to the Plaintiff's Complaint and states the following in support:

1. Plaintiff filed the Complaint on May 1, 2020. On June 3, 2020 the Defendant, through its Manager, sought an extension of time to respond to the Complaint (Doc. 7), and the Court granted an extension up to and including June 15, 2020 (Doc. 8).

2. Earlier this evening the undersigned was retained to represent the Defendant in this matter. Over the next several days the undersigned will begin to collect the relevant information as to the background of this matter to formulate a response to this lawsuit.

3. The Parties are working cooperatively to assess the next steps in this case. Furthermore, counsel for the Parties are engaging in early discussions to determine if amicable resolution is

possible. Counsel for Plaintiff and the undersigned have an initial call to discuss this matter planned for tomorrow (June 16, 2020) afternoon.

4. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

WHEREFORE, Defendant respectfully requests an extension of time up to and including July 6, 2020, to answer, move or otherwise respond to Plaintiff's Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 15th day of June, 2020.

                        Respectfully submitted,
                        Spire Law, LLC
                        12249 Science Drive, Suite 155
                        Orlando, Florida 32826

                        By:    s/Jesse I. Unruh

                        Jesse I. Unruh, Esq.
                        Florida Bar No. 93121
                        jesse@spirelawfirm.com

                        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby Certify that on this 15th day of June, 2020, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Noah E Storch, Esq. at noah@floridaovertimelawyer.com, RICHARD CELLER LEGAL, P.A., 10368 West State Road 84, Suite 103, Davie, Florida 33324.

                          /s/ Jesse Unruh
                          Jesse Unruh