UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUG LONGHINI,

   Plaintiff,

v.

GABLES PLAZA INVESTORS, INC.,

   Defendant.

Case No. 1:20-cv-21532-DPG

**DEFENDANT GABLES PLAZA INVESTORS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

  Defendant, Gables Plaza Investors, INC., ("Defendant") hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

  1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Doug Longhini, (Plaintiff)

    Garcia-Menocal & Perez, P.L. (counsel for Plaintiff)

    Alfredo Garcia-Menocal, Esq. (counsel for Plaintiff)

    Alfredo Garcia-Menocal, P.A. (counsel for Plaintiff)

    Anthony J. Perez, Esq. (counsel for Plaintiff)

    Anthony J. Perez, P.A. (counsel for Plaintiff)

    Charles Childers ADA Assistance Group, Inc. Plaintiff's Expert)

    GABLES PLAZA INVESTORS, INC. (Defendant)

    SPIRE LAW, LLC (counsel for Defendant)

    Jesse I. Unruh, Esq. (counsel for Defendant)

  2. The name of every other entity whose publicly-traded stock equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None.

  4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Doug Longhini (Plaintiff) claims entitlement to restitution, Defendant denies same.

  5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    [Remainder of Page Intentionally Blank]

DATED this 23rd day of June, 2020.

Respectfully submitted,
Spire Law, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826

By: s/Jesse I. Unruh

Jesse I. Unruh, Esq.
Florida Bar No. 93121
jesse@spirelawfirm.com

Attorney for Defendant | Gables Plaza Investors, Inc.

## CERTIFICATE OF SERVICE

I hereby Certify that on this 23rd day of May, 2020, the foregoing was electronically filed with the Clerk of Court by using the Florida Courts E-filing Portal which will send a notice of electronic filing to: Beverly Virues at bvirues@lawgmp.com and Anthony Joseph Perez at ajperezlaw@gmail.com at 4937 SW 74th Court No. 3, Miami, FL 33155.

/s/ Jesse Unruh
Jesse Unruh