**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| BRANDON THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FORT LAUDERDALE LAW GROUP ) <br> SOUTH, PLLC, a Florida Limited Liability ) <br> Company, ) <br> ) <br> Defendant. ) | Case No. 0:20-cv-60885 |

## NOTICE OF FILING ERROR

The undersigned hereby provides notice that a corporate disclosure statement for a separate matter was filed for this lawsuit in error. (*See* Doc. 22). The undersigned respectfully requests the Court strike Docket Entry 22, as it is irrelevant to this matter.

DATED this 23rd day of June, 2020.

                                                Respectfully submitted,
                                                Spire Law, LLC
                                                12249 Science Drive, Suite 155
                                                Orlando, Florida 32826

                                          By:    s/Jesse I. Unruh

                                                Jesse I. Unruh, Esq.
                                                Florida Bar No. 93121
                                                jesse@spirelawfirm.com

                                                Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby Certify that on this 23rd day of June, 2020, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Noah E Storch, Esq. at noah@floridaovertimelawyer.com, RICHARD CELLER LEGAL, P.A., 10368 West State Road 84, Suite 103, Davie, Florida 33324.

/s/ Jesse Unruh
Jesse Unruh