UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| BRANDON THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 0:20-cv-60885 |
| FORT LAUDERDALE LAW GROUP SOUTH, PLLC, a Florida Limited Liability Company, | ) |
| Defendant. | ) |

**UNOPPOSED NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC, ("Defendant") respectfully moves, nunc pro tunc, pursuant to Federal Rule 6(b) for a brief extension of time, up to and including July 7, 2020 to file an Answer to the Plaintiff's Complaint and states the following in support:

1. Plaintiff filed the Complaint on May 1, 2020. On June 3, 2020 the Defendant, through its Manager, sought an extension of time to respond to the Complaint (Doc. 7), and the Court granted an extension up to and including June 15, 2020 (Doc. 8).

2. On June 15, 2020 undersigned was retained to represent the Defendant in this matter and sough an extension of time to respond to the Complaint up to and including July 6, 2020.

3. In the intervening time there was an error in calendaring in the undersigned's office causing the Answer to be filed one day late. Accordingly, Defendant respectfully requests a nunc pro tunc extension of the deadline to respond to the Complaint by one day, up to and including July 7, 2020.

4. This Court may grant the requested enlargement of time for good cause shown when a party fails to act before time has expired because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). Errors in calendaring are typically classified as excusable neglect.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

WHEREFORE, Defendant respectfully requests a nunc pro tunc extension of time up to and including July 7, 2020, to answer Plaintiff's Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendant has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 7th day of July, 2020.

        Respectfully submitted,
        Spire Law, LLC
        2572 W. State Road 426,
        Suite 2088
        Oviedo, Florida 32826

By:   s/Jesse I. Unruh

        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@spirelawfirm.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby Certify that on this 7th day of July, 2020, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Noah E Storch, Esq. at noah@floridaovertimelawyer.com, RICHARD CELLER LEGAL, P.A., 10368 West State Road 84, Suite 103, Davie, Florida 33324.

                                   /s/ Jesse Unruh
                                   Jesse Unruh

www.spirelawfirm.com
Employment Attorneys