UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61017-CIV-ALTMAN/Hunt

**ARTURO MORALES**,

    *Plaintiff*,

v.

**SUNRISE MEATS, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER SCHEDULING STATUS CONFERENCE

The Plaintiff's Complaint alleges violations of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203. Consistent with the Court's practices in such cases, counsel are directed to appear at a status conference on **Tuesday, July 21, 2020, at 1:00 p.m.** The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Instructions for the status conference are as follows:

1. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.

2. If an agreement is reached, the parties shall promptly notify the Court.

3. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**

4. The Clerk is **DIRECTED** to enter this Order in the following cases:

a. 20-cv-61017 – *Morales v. Sunrise Meats, Inc. et al.*

   i. **(Call in time: 1:00 p.m.)**

b. 20-cv-22607 – *Flores et al. v. Gateway Airport Concessions, Inc* et al.

   i. **(Call in time: 1:10 p.m.)**

c. 20-cv-61248 – *Charles-Pierre v. Millennium Steel, Inc et al.*

   i. **(Call in time: 1:20 p.m.)**

d. 20-cv-81029 – *Pennington et al. v. U-Tiki Beach, LLC et al.*

   i. **(Call in time: 1:30 p.m.)**

e. 19-cv-62848 – *Hearns v. All Dade Plumbing, Inc.*

   i. **(Call in time: 1:40 p.m.)**

f. 20-cv-61025 - *Abdulaal v. Beauty Discount Zone*

   i. **(Call in time: 1:50 p.m.)**

g. 20-cv-61356 – *Lookrwah-Andrews v. Blueocean Marine Serv. LLC, et al.*

   i. **(Call in time: 2:00 p.m.)**

h. 20-cv-61352 – *Lima et al. v. Westmoreland Protection Agency Inc. et al.*

   i. **(Call in time: 2:10 p.m.)**

i. 20-cv-60885 – *Thompson v. Fort Lauderdale Law Group*

   i. **(Call in time: 2:20 p.m.)**

j. 20-cv-61381 – *Greenblatt et al v. Green Planet Corp.*

   i. **(Call in time: 2:30 p.m.)**

k. 20-cv-61343 – *Barraza v. Mito's USA LLC et al.*

   i. **(Call in time: 2:40 p.m.)**

l. 20-cv-61210 – *Izaguirre v. Project V Inc. et al.*

      i. **(Call in time: 2:50 p.m.)**

   m. 20-cv-60913 – *KCI v. Krisak*

      i. **(Call in time: 3:00 p.m.)**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record