UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 20-60885-CIV-ALTMAN/HUNT

BRANDON THOMPSON

     Plaintiff,

v.

FORT LAUDERDALE LAW GROUP
SOUTH, PLLC,

     Defendant.

_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

THIS MATTER is before this Court upon referral of this matter for a settlement conference before a United States Magistrate Judge by the Honorable Roy K. Altman. See ECF No. 6. Accordingly, it is hereby

ORDERED and ADJUDGED that a SETTLEMENT CONFERENCE in this matter is scheduled to be held before the undersigned commencing at 2:00 p.m.,[1] Thursday, August 6, 2020, in the United States District Court for the Southern District of Florida. At that time, the Parties shall use the AT&T Connect Audio Conference Monitor, available at https://teleconference.uc.att.com/ecm/. The dial-in phone number is 888-273-3658 and the meeting access code is 6319427. The Parties should contact Chambers immediately, at (954) 769-5470, if they experience any difficulties accessing the conference.

---

[1] The parties should be prepared to engage in continuous settlement negotiations until either a resolution is reached or impasse declared.

1.      The Settlement Conference shall be attended by all parties, corporate representatives, and their counsel of record.   Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this Conference may result in the undersigned's sua sponte recommendation that sanctions be entered against the offending party.

2.      In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

3.      The parties shall each submit a brief Confidential Settlement Statement (not exceeding 5 pages)—outlining the outstanding issues, the party's position, the results of any settlement negotiations held, and any other information which may be helpful—to hunt@flsd.uscourts.gov.   The statements shall be submitted to Chambers by 2:00 p.m. Monday, August 3, 2020.

4.      The Conference will not be continued absent a written motion and a showing of compelling circumstances.

5.      In the event this matter settles prior to the Conference, the parties shall immediately advise the undersigned's chambers.  Written confirmation of a settlement should also be sent to chambers at hunt@flsd.uscourts.gov.

6.      The Conference shall be conducted without a court reporter and will not be tape recorded.   All representations and statements made at the Conference shall remain confidential.

8.      In the event that a party or corporate representative does not speak English, be aware that the Court does not provide an interpreter in civil cases.  As a result, any need for an interpreter must be arranged for by the party requiring same.   If an interpreter is required, it is that party's obligation to obtain a certified interpreter and it is that party's obligation to incur the cost for same.

9.      Sanctions may be imposed for failure to follow any of the requirements of this Order.

DONE and ORDERED at Fort Lauderdale, Florida this 22nd day of July 2020.



_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Roy K. Altman
All Counsel of Record