UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60885-CIV-ALTMAN/Hunt

**BRANDON THOMPSON**

    *Plaintiff*,

v.

**FORT LAUDERDALE LAW GROUP SOUTH, PLLC, A Florida Limited Liability Company,**

    *Defendant*.

_____/

### ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court under Local Rule 16.2. The Mediation in this case shall be held before Marlene Quintana on **November 11, 2020 at 10:00 a.m.** via a videoconferencing service.

Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of July 2020.

                                                                **ROY K. ALTMAN**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record