**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER RE-SCHEDULING STATUS CONFERENCES**

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaint alleges violations of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203 or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Wednesday, September 30, 2020**. Matters scheduled for consideration at this session are listed below with corresponding times. The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.
2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full compromise must appear.
3. If an agreement is reached, the parties shall promptly notify the Court.
4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**

5. Counsel are **ORDERED** to dial in <u>ten</u> minutes before their designated call-in time—and to confer with opposing counsel beforehand to confirm mutual attendance.

   a. 20-cv-61562 – *Vassor v. Harkham Shipping, LLC*

      i. **Call-in time: 2:00 p.m.**

   b. 20-cv-61352 – *Lima et al. v. Westmoreland Protection Agency, Inc. et al.*

      i. **Call-in time: 2:10 p.m.**

   c. 19-cv-62848 – *Hearns v. All Dade Pumbing, Inc. et al.*

      i. **Call-in time: 2:20 p.m.**

   d. 20-cv-61761 – *Newton v. P.D.K.N. Holdings, LLC, et al.*

      i. **Call-in time: 2:30 p.m.**

   e. 20-cv-61475 – *Walowitz v. Corporate Coaches Inc. et al.*

      i. **Call-in time: 2:40 p.m.**

   f. 20-cv-81558 – *Florvil v. Hunters Run Property Owners Association, Inc.*

      i. **Call-in time: 2:50 p.m.**

   g. 20-cv-61588 – *Martinez v. Total Solution Professional Services Inc. et al.*

      i. **Call-in time: 3:00 p.m.**

   h. 20-cv-61248 – *Charles-Pierre v. Millennium Steel, Inc. et al.*

      i. **Call-in time: 3:10 p.m.**

   i. 20-cv-61699 – *Sosa v. JABA Pro Stone Corp. et al.*

      i. **Call-in time: 3:20 p.m.**

   j. 20-cv-60885 – *Thompson v. Fort Lauderdale Law Group*,

      i. **Call-in time: 3:30 p.m.**

      k.      20-cv-61772 – *Lucoff v. American Express Centurion Bank*,

           i.      **Call-in time: 3:40 p.m.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of September 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record