**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING STATUS CONFERENCES**

The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12181, *et seq*, Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203, the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*, or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227.

Consistent with the Court's practices in such cases, counsel are directed to appear at a status conference on **Wednesday, November 18, 2020**. Matters scheduled for consideration at this session are listed below with corresponding times. The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.
2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.
3. If an agreement is reached, the parties shall promptly notify the Court.
4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants has not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**

5. Counsel are **ORDERED** to dial in <u>ten</u> minutes before their designated call in time—and to confer with opposing counsel beforehand to confirm mutual attendance.

    a. 20-cv-62265 – *Brito v. ARCP RL Portfolio VI LLC et al.*

        i. **Call in time: 2:30 p.m.**

    b. 20-cv-81524 – *Cohan v. BCore Select Raven 1 TRS, LLC*

        i. **Call in time: 2:45 p.m.**

    c. 20-cv-82002 – *Cohan v West Boynton Auto Servs. Inc.*

        i. **Call in time: 3:00 p.m.**

    d. 20-cv-82013 – *Fernandez v. Capitol Lighting EH Divisions, Inc.*

        i. **Call in time: 3:15 p.m.**

    e. 20-cv-62222 – *Edwards v. Friedman Assocs. et al.*

        i. **Call in time: 3:30 p.m.**

    f. 20-cv-61475 – *Walowitz v. Corporate Coaches, Inc. et al.*

        i. **Call in time: 3:45 p.m.**

    g. 20-cv-62025 – *Standifer et al. v. Persaud Holdings LLC et al.*

        i. **Call in time: 4:00 p.m.**

    h. 20-cv-60885 – *Thompson v. Fort Lauderdale Law Grp.*

        i. **Call in time: 4:15 p.m.**

    i. 20-cv-81910 – *Parks et al. v. Bluegreen Vacations Corp.*

        i. **Call in time: 4:30 p.m.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record