# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| BRANDON THOMPSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 0:20-cv-60885<br>FORT LAUDERDALE LAW GROUP )<br>SOUTH, PLLC, )<br>)<br>Defendant. )<br>) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, BRANDON THOMPSON, and Defendant FORT LAUDERDALE LAW GROUP SOUTH, PLLC, hereby give notice that the Parties have reached an amicable solution with respect to all claims that the Plaintiff asserted against Defendant in this action. The Parties respectfully request that the Court: (1) provide the Parties with sixty (60) days to file an appropriate motion with the Court and (2) retain jurisdiction over this action and the settlement thereof.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 23rd day of December, 2020

Respectfully Submitted,

| | |
|---|---|
| By: /s/ Jesse I. Unruh, Esq.<br>Jesse I. Unruh, Esq.<br>Florida Bar No. 91121<br>Spire Law, LLC<br>2572 W State Rd 426<br>Suite 2088<br>Oviedo, FL 32765<br>(407) 494-0135<br>Attorney for Defendant | FORT LAUDERDALE LAW GROUP SOUTH, PLLC | By: /s/ Noah E. Storch<br>Noah E. Storch, Esq.<br>Florida Bar No. 85476<br>Alexander T. Harne, Esq.<br>Florida Bar No. 126932<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, Florida 33324<br>Telephone: (866) 344-9243<br>Facsimile: (954) 337-2771<br>*Counsel for Plaintiff* |

CERTIFICATE OF SERVICE

I hereby Certify that on this 23rd day of December, 2020, the foregoing was electronically filed with the Court using the Southern District of Florida's CM/ECF portal which will send a notice of electronic filing to Noah E. Storch, Esquire and Alexander T. Harne, Esq. at noah@floridaovertimelawyer.com and aharne@floridaovertimelawyer.com at 10368 West State Road 84, Suite 103, Davie, FL 33324.

<u>/s/ Jesse Unruh, Esq.</u>
Jesse Unruh, Esq.