UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60885-CIV-ALTMAN/Hunt

**BRANDON THOMPSON**,

    *Plaintiff*,

v.

**FORT LAUDERDALE LAW GROUP SOUTH, PLLC,**

    *Defendant*.

_____/

## ORDER OF REFERRAL

The parties have filed a Motion to Approve FLSA Settlement Agreement and Dismissal with Prejudice (the "Motion") [ECF No. 63]. This case involves an FLSA Settlement Agreement, which the Court must scrutinize to determine whether it is a fair and reasonable resolution of a *bona fide* dispute. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). To resolve this matter justly and efficiently, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **REFERRED** to United States Magistrate Judge Patrick M. Hunt for a fairness hearing (if necessary) and a Report and Recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record