**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:20-cv-60885-PMH**

**BRANDON THOMPSON**,

        Plaintiff,

**v.**

**FORT LAUDERDALE LAW GROUP SOUTH, PLLC**,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO MOTION TO ENFORCE SETTLEMENT, FOR SANCTIONS AND ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT**

Plaintiff, BRANDON THOMPSON, ("Plaintiff"), by and through his undersigned counsel, hereby notifies this Court that Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC's ("Defendant") Response to Plaintiff's Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs against Defendant was due March 22, 2023, but that Defendant failed to respond.

As such, Plaintiff requests that the Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs against Defendant be treated as unopposed and that same be granted.

DATED this 23rd day of March, 2023.

Respectfully submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.: 0085476
RICHARD CELLER LEGAL, P.A.
10368 W. SR. 84, Suite 103
Davie, Florida 33314
Tel: (866) 344-9243
Fax: 954-337-2771
E-mail: noah@floridaovertimelawyer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.