**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:20-cv-60885-PMH**

**BRANDON THOMPSON**,

      Plaintiff,

v.

**FORT LAUDERDALE LAW GROUP SOUTH, PLLC**,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO COMPLY WITH COURT ORDER AND TO RESPOND TO MOTION TO ENFORCE SETTLEMENT, FOR SANCTIONS AND ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT**

Plaintiff, BRANDON THOMPSON, ("Plaintiff"), by and through his undersigned counsel, hereby notifies this Court that Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC's ("Defendant") Response to Plaintiff's Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs against Defendant was due March 22, 2023, but that Defendant failed to respond.

Plaintiff filed his Notice of Defendant's Failure to Respond to Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs Against Defendant on March 23, 2023. *See* ECF No. 72.

On March 27, 2023, this Court issued the Paperless Order requiring Defendant to Respond to Plaintiff's Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs on or before March 30, 2023. *See* ECF No. 73.

March 30, 2023 has come and gone without any response from Defendant. As such, not only has Defendant failed to response to Plaintiff's Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs, Defendant has violated this Court's Order.

As such, Plaintiff requests that the Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs against Defendant be treated as unopposed and that same be granted, along with any other relief this Court deems just and proper.

DATED this 12th day of April, 2023.

Respectfully submitted,

*/s/ Noah E. Storch*____
Noah E. Storch, Esq.
Florida Bar No.: 0085476
RICHARD CELLER LEGAL, P.A.
10368 W. SR. 84, Suite 103
Davie, Florida 33314
Tel: (866) 344-9243
Fax: 954-337-2771
E-mail: noah@floridaovertimelawyer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Noah E. Storch*____
Noah E. Storch, Esq.