UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 20-60885-CIV-HUNT

CONSENT CASE

BRANDON THOMPSON,

    Plaintiff,

v.

FORT LAUDERDALE LAW GROUP
SOUTH, PLLC,

    Defendant.
_____/

**ORDER**

THIS MATTER is before this Court on Plaintiff's Motion to Enforce Settlement, for Sanctions and Attorneys' Fees and Costs Against Defendant. ECF No. 71. Pursuant to the Parties' consent, this case is before the undersigned for all proceedings, including trial and entry of final judgment. *See* ECF Nos. 68, 69. Upon thorough and careful review of the record, the applicable law, the Motion, and being otherwise fully advised in the premises, Plaintiff's Motion, ECF No. 71, is **GRANTED** for the reasons set forth below.

This case includes claims under the Fair Labor Standards Act ("FLSA") for alleged violations of the statutory wage and overtime provisions. *See* 29 U.S.C. § 201, *et seq*. ECF No. 1. The Parties reached a settlement and submitted the settlement agreement for this Court's approval. ECF No. 63. The undersigned approved the settlement agreement, dismissed the case with prejudice, and retained jurisdiction to enforce the terms of the agreement for twenty-eight months from the date of dismissal. ECF No. 70.

Plaintiff alleges that Defendant has failed to make any payments since July 2022. Plaintiff contends that he has attempted to resolve the issue with Defendant's counsel but has not been able to. As a result, Plaintiff moves this Court to enforce the settlement agreement against Defendant, require Defendant to immediately pay the balance of all missed payments, instruct Defendant to ensure timely payments are made for the remaining payments, and to award Plaintiff attorneys' fees in the amount of $1,890. Defendant did not respond to the instant Motion. After the deadline to respond passed, the undersigned ordered Defendant to respond and warned that failure to respond may result in the Motion being considered as unopposed. Even then, Defendant failed to respond or otherwise appear to defend against the alleged violations. Accordingly, the Motion is unopposed.

The enforcement of a settlement agreement falls outside the scope of ancillary jurisdiction of a federal court, even if the court had jurisdiction to hear the underlying case. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Slaughter v. U.S. Dep't of Agric.*, 555 F. App'x 927, 929 (11th Cir. 2014) ("A claim for the enforcement of a settlement agreement is essentially a contract dispute for which there must be some independent basis for federal jurisdiction."). However, a federal court can require compliance with a settlement agreement by specifically retaining jurisdiction to enforce the terms of the agreement. *Anago,* 677 F.3d at 1278.

Here, the Court's order approving the settlement agreement expressly retained jurisdiction over the agreement. ECF No. 25. The instant Motion was filed while the Court retained jurisdiction. Thus, this Court can enforce the agreement.

Turning to the agreement, the agreement set out a detailed payment schedule. ECF No. 71-1. Defendant made timely payments until June 2022. Defendant did eventually make the June 2022 payment but has failed to make every monthly payment since.

The undersigned finds, with no evidence to suggest otherwise, that Defendant has breached the settlement agreement and has failed to make payments for the following months: July 2022, August 2022, September 2022, October 2022, November 2022, December 2022, January 2023, February 2023, and March 2023. Accordingly, Plaintiff's Motion is **GRANTED**. The undersigned **orders** Defendant to make the overdue payments no later than 5/31/2023. Defendant is further **ordered** to timely make any remaining payments. Further, pursuant to the terms of the settlement agreement, the undersigned finds that Plaintiff is entitled to attorneys' fees and costs in the amount $1,890 for having to bring the enforcement motion. ECF No. 71-1 at 4–5.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on May 11th, 2023.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record