**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:20-cv-60885-PMH**

**BRANDON THOMPSON**,

        Plaintiff,

**v.**

**FORT LAUDERDALE LAW GROUP**
**SOUTH, PLLC**,

        Defendants.

_____/

## PLAINTIFF'S MOTION TO RESCHEDULE SHOW CAUSE HEARING SCHEDULED FOR AUGUST 21, 2023

Plaintiff, BRANDON THOMPSON ("Plaintiff"), by and through his undersigned counsel, hereby files his Motion to Reschedule Show Cause Hearing Scheduled for August 21, 2023, and, in support thereof, states as follows:

## BACKGROUND INFORMATION

On July 26, 2023, this Court granted Plaintiff's Second Motion to Enforce Settlement, For Sanctions and Attorneys' Fees and Costs Against Defendant, FORT LAUDERDALE LAW GROUP SOUTH, PLLC ("Defendant"). *See* ECF No. 77.

In the Court's Order, Defendant was required to pay all outstanding payments, including the previously ordered attorneys' fees and costs, no later than August 14, 2023. *Id.* Defendant has failed to pay the foregoing.

The Court, amongst other requirements, set an in-person show cause hearing for August 21, 2023, at 10:00 AM. *Id.*

Plaintiff requests that the Court reschedule same as undersigned counsel, Noah E. Storch, Esq., is out of the jurisdiction on a preplanned vacation with his family.  Additionally, undersigned counsel was out of the country on his ten (10) year anniversary with his wife when the Court's Order was docketed.

Plaintiff respectfully requests that the Court reschedule the August 21, 2023, show cause hearing, and that same be scheduled any time from September 5, 2023, through September 9, 2023.

Plaintiff's Counsel apologizes for this request, and states that same is not, at all, for purposes of delay.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully request that the Court grant the instant Motion rescheduling the August 21, 2023, show cause hearing for any time between September 5, 2023, and September 9, 2023, and grant such other and further relief as is just and proper.

DATED this 17th day of August, 2023.

Respectfully submitted,
*/s/ Noah E. Storch___*
Noah E. Storch, Esq.
Florida Bar No.: 0085476
RICHARD CELLER LEGAL, P.A.
10368 W. SR. 84, Suite 103
Davie, Florida 33314
Tel: (866) 344-9243
Fax: 954-337-2771
E-mail: noah@floridaovertimelawyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Noah E. Storch*___
Noah E. Storch, Esq.