UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRANDON THOMPSON

 Plaintiff,

v.                                                      Case No. 20-cv-60885-PMH

FORT LAUDERDALE LAW
GROUP SOUTH, PLLC,

 Defendant.
_____/

## SPIRE LAW, PLLC'S NOTICE OF COMPLIANCE WITH COURT ORDER

Pursuant to the Court's Order entered earlier today, the undersigned certifies that on the 28th day of August, 2023, he sent the contents of the Court's Order (Doc. 83) to Defendant, Fort Lauderdale Law Group South, PLLC, 1250 S. Pine Island Road, Suite 250, Plantation, Florida 33324 via electronic mail in care of Chris Peterson at chrispatterson@LawFLLG.com. The office staff of the undersigned will place one telephone call to the last known contact number for Defendant to indicate that an email relevant to this matter was sent. At that point, the undersigned will cease all activity on this matter.

Dated this 29th day of August, 2023.

                                                    Respectfully submitted,

                                                    SPIRE LAW, PLLC
                                                    2572 W. State Road 426, Suite 2088
                                                    Oviedo, Florida 32765

                                                    By: */s/Jesse I. Unruh*
                                                         Jesse I. Unruh, Esq.
                                                         Florida Bar No. 93121
                                                         jesse@spirelawfirm.com
                                                         marcela@spirelawfirm.com
                                                         filings@spirelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 29th day of August, 2023, the foregoing was electronically filed with the Court by CM/ECF portal, which will send a notice of electronic filing to: Noah E. Storch, Esquire, at noah@floridaovertimelawyer.com, at 10368 West State Road 84, Suite 103, Davie, FL 33324 and a copy sent via U.S. Mail and electronic mail to:

Chris Patterson, Esquire
1250 S. Pine Island Road, Suite 250
Plantation, Florida 33324
Email: chrispatterson@LawFLLG.com

                                                          */s/ Jesse I. Unruh*
                                                          Attorney